UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES T. GREENIER**                                                    **PLAINTIFF**

**VS.**                                        **NO. 3:06CV278WHB-JCS**

**ASBURY AUTOMOTIVE MISSISSIPPI L.L.C.**
**D/B/A GRAY DANIELS LINCOLN MERCURY AND**
**FORD MOTOR COMPANY**                                   **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendants with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED this the 7th day of November, 2006.

                                       s/William H. Barbour, Jr.
                                       WILLIAM H. BARBOUR
                                       UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/ J. Kevin Rundlett
J. KEVIN RUNDLETT
ATTORNEY FOR PLAINTIFF

/s/ Richard M. Dye
RICHARD M. DYE
ATTORNEY FOR DEFENDANTS